FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 11 2014

JAMES N. HATTEN, Clerk

By _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Donald Thompkins )
)
      Plaintiff, )
  vs. )
)
U.S. Xpress, Inc. )
      Defendant. )
)
)
)

**CASE NO. 1:13-CV-02674-AT-RGV**

## PRO SE PLAINTIFF MOTION FOR SUMMARY JUDGMENT TO GRANT REQUEST FOR A SPEEDY JURY TRIAL

Pro Se Plaintiff Donald Thompkins, Sr. respectfully motion for this honorable court to grant summary judgment in his favor for a speedy jury trial. Plaintiff is entitled to a jury trial, plaintiff requested jury demand in his initial civil action complaint as a pro se plaintiff.

Plaintiff contends race, age and religious discrimination was committed against him, and factual evidence will show that defendant's Ellenwood, GA. leadership staff violated his protection under the Civil Rights Act of 1964 as amended under Title VII, his protected rights under the Age Discrimination in Employment Act of 1967, and his Constitutional Rights to life enjoyment.

# I. INTRODUCTION

1) Plaintiff is a 60-year-old African-American. Plaintiff is a Seventh-day Adventist that does not work from Sunset Friday to Sunset Saturday in observance of the Fourth Commandment's Biblical 7th Day Sabbath.

2) Plaintiff will provide supported evidence to the jury that defendant's race and religious discrimination violated plaintiff's civil rights under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq.(Title VII); and age discrimination in violation of Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §621 et seq. (ADEA), and plaintiff U.S Constitutional Rights to life, liberty and Property.

3) Plaintiff seek compensatory and punitive damages for defendant's intentional race and religious discrimination causing plaintiff emotional harm, mental anguish, inconvenience of loss of enjoyment of life, plaintiff seek a jury trial to award the highest limit of $300,000 in compensatory and punitive damages.

4) Plaintiff seek jury to award for age discrimination Liquidated damages equal to plaintiff back pay (loss wages), and any other relief and damages jury find appropriate.

5) Plaintiff seek this honorable court to Order defendant's to cease future discrimination of any matter in violation of state and federal employment security laws, and to take proper actions to ensure future compliance with prohibited discrimination.

# II. FACTS TO SUPPORT MOTION FOR SUMMARY JUDGMENT
## OF SPEEDY JURY TRIAL

1) Defendant started employment discrimination with plaintiff from the day of the job offer. Plaintiff had been without employment for two years prior for being dismissed from the prior job for exact reasons as the defendant's contend they discharged plaintiff for, first and only warning wheel inspection, then termination for poor performance, same reasons, same order. Email evidence will show Leonard Straw was advised and instructed by plaintiff prior employer that was guilty of race and religious discrimination, See Ex. D-3, U.S.XPRESS/THOMPKINS 000184, Email from Leonard Straw to Mike Morgan.

2) Plaintiff was given a job offer then the job was took back by HR Kelly Black when plaintiff stated he could not report for orientation on a Saturday. Ms. Black was asked to put the retraction of the position in writing, she wouldn't instead she referred plaintiff to Ellenwood shop to see Jimmy Duncan and David Fain, John Wolf spoke up for plaintiff and was fired the day plaintiff signed job offer.

3) Evidence for jury, John Wolf "reason for separation notice" and defendant's response to Interrogatory No. 9 both give wrong date of dismissal as 10/21/2010, but show last date worked as 9/24/2010 on company separation notice which is the date plaintiff signed job offer. Kelly McGraw certified response to Interrogatory No.9 and her EEOC position statement contends that both John Wolf and Stephen Frazier where All separated for similar reasons as plaintiff, yet plaintiff separation notice is the only one showing No for rehire, with a false derogatory reason which has purposely prevented

plaintiff from getting future employment, See Ex A-1 thru A-3,

USXPRESS/THOMPKINS000071(plaintiff notice of seperation), 000253(John Wolf

notice of seperation), 000254(Stephen Frazier notice of seperation).

4) Plaintiff evidence will show jury that defendant's willfully violated State laws

under the Georgia Employment Security laws by submitting false documents as exhibits

and false statement, but did not present the same exhibits and evidence to EEOC, See

Exhibit B-1 thru B-4, USXPRESS/THOMPKINS 000136- Defendant's DOL

representative position statement,000141- Representative outlined response, 000157-

Redacted email Ex D-1, 000158-Redacted email E-1. Defendant representative refused

to participate in DOL Appeal process evidence was subpoenaed and false information

discovered, denial was immediately reversed in plaintiff favor.

5) Defendant's shop manager Leonard Straw was issued a supeona to produce the

authentic, complete, unredacted chain of emails. During discovery, defendant still

provided their counsel with an incomplete email chain, missing page 4 entirely, See Ex.

C-1 and C-2, GA DOL subpoena; See Ex D-1 thru D-6, US XPRESS/THOMPKINS

000182 – 000187- email chain. 000182- Straw states he do not know plaintiff religion,

yet in 000184- Straw email to Mike Morgan he reference plaintiff prior employer who is

a vendor for defendant's and states he was warned about plaintiff and reference plaintiff

religion and race, he also acknowledges minor issues addressed by management plaintiff

immediately get defensive and starts with his religion, email from Mike Myers to Mike

Morgan state the trailer in question was purposely let out on the road, see entire chain.

6) Interrogatories and position statements contends that plaintiff closed out several repairs in a work order, however, response to Interrogatory No. 20 proving plaintiff contention that he was set up by Ester Dunn and Leonard Straw, the trailer in question caught on inspection was neither inspected nor repaired, and email is still missing date which will verify the reference date of 8 days prior, See Ex. D-5.

7) Defendants continually contend that plaintiff was dismissed for poor performance and failure to properly inspect trailer no. 53629, plaintiff continually contend that the trailer caught on inspection and taken into the Loudon shop with issues was not the same trailer as the one plaintiff completed and signed a DOT on 6/10/2012 trailer no. 53629, numbers labels was placed on the trailer in case it was stopped to set-up plaintiff instead of jclerk as indicated on work order completed by Ester Dunn with a charge amount that disputes defendant response to interrogatory no. 15 and 19.

8) According to the Federal Motor Carrier Safety Adminstration (FMCSA) 3.5 million random inspections were conducted in 2012. Plaintiff still contends that trailer no. 53629 is not the trailer caught on DOT inspection and took to Loudon repair shop. Evidence support plaintiff belief. The Driver's Vehicle Inspection Report is required by 49 CFR § 396.11 and require a driver and mechanic signature on reports, nonetheless, See DVIR dated 6/11/2012 for trailer 53629 Brent Robert the driver who was assigned after plaintiff completed his annual DOT inspection on June 20, 2012, the mandatory form indicates the trailer was in satisfactory condition, and shows no complaints by the driver for defects or repair issues, See Ex. E-1, US XPRESS/THOMPKINS 000206, and DVIR FOR Larry Majors; for trailer no. 53629 dated 05/30/2012 before plaintiff was

assigned the annual DOT inspection, indicating trailer was satisfactory and list no

complaints of defects either. See Ex E-2. US XPRESS/THOMPKINS 000205, proof

plaintiff DOT inspection for trailer no. 53629 6/10/2012 met DOT requirements.

## III. CONCLUSION

9) Plaintiff is a member of a protected class, and is entitled to remedy of relief for

plaintiff is protected under the Title VII, Civil Rights Act of 1964, plaintiff is protected

member under the Age Discrimination in Employment Act of 1967. Evidence exceed the

summary judgment limit of submission, therefore plaintiff will reserve rest of evidence

for jury trial preparation.

**Wherefore**, plaintiff pray that this honorable court will grant Summary

Judgment for a Speedy Jury Trial based on factual evidence and laws prohibiting

discrimination in employment practice. Plaintiff pray that this honorable court will issue

a Court Order against the defendant's to cease future discrimination practices in violation

of state and federal Employment Security Laws, and Order defendants to correct

discrimination practice being conducted by the leadership staff in the Ellenwood, Georgia

repair shop.

## Table of Contents for Exhibits

1) Exhibit and Descriptions

2) Ex. A-1= USXPRESS/THOMPKINS 000071- Plaintiff Notice of Employee Separation

3) Ex. A-2= USXPRESS/THOMPKINS 000253 – John Wolf Notice of Separation

4) Ex A-3 = USXPRESS/THOMPKINS 000254- Stephen Frazier Notice of Separation

5) Ex B-1 USXPRESS/THOMPKINS 000136 – DOL Position Statement

6) Ex B-2 USXPRESS/THOMPKINS 000141 – DOL  Dismissal Outline

7) Ex B-3 USXPRESS/THOMPKINS 000157- Redacted email DOL D-1

8) Ex B-4 USXPRESS/THOMPKINS 000158 –Redacted email DOL E-1

9) Ex C-1and C-2 Subpoena issued under GA Employment Security Law

10) Ex D-1 thru D-6= USXPRESS/THOMPKINS 000182 – 000184, Chain of emails with vital information as well as missing information

## NOTICE OF EMPLOYEE SEPARATION

*THIS FORM MUST BE COMPLETED IN ITS ENTIRETY AND SUBMITTED TO HUMAN RESOURCES IMMEDIATELY UPON NOTIFICATION OF RESIGNATION OR TERMINATION*

**Supervisor**
*IN THIS SECTION, CHOOSE THE COMPANY FOR WHICH DUTIES WERE PERFORMED.*

| ⦿001 - U.S. Xpress, Inc. | ○021 – Xpress Global Systems |
|---|---|
| ○051 – U.S. Xpress Enterprises, Inc. | ○Other |

### PERSONAL Information
*PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED*

| /Log ID #: ▓▓▓▓ | | | SSN: ▄▄▄▄▄ | |
|---|---|---|---|---|
| **Name:** | **DONALD THOMPKINS** | | | |
| **Job Title:** | **TECHNICIAN II, TRAILER** | **Service Center:** | **ATL** | |
| **Date of Separation:** 6/27/2012 | | **First Day Worked:** 9/27/2010 | **Last Day on A Truck / Last Day Worked:** 6/27/2012 | |

### Separation Reason/Remarks
*EXPLAIN IN DETAIL THE REASON FOR THE SEPARATION FROM THE COMPANY.*

| ○Left Voluntarily    ⦿Discharge *(must be approved by Human Resources)* | |
|---|---|
| Discharged approved by HR for poor performance. | |
| Would you Rehire this ? ○Yes ⦿No | |
| **Reason:** | |
| **Falsification of reports, failure to follow directions and safety violations.** | |
| Supervisor JOHNSON,JERRY B | **Date:** 6/27/2012 |

Form completed by: MISTY HAWKINS

*0438*

*6-29-12*

*EX A-1*

## NOTICE OF SEPARATION



*THIS FORM MUST BE COMPLETED IN ITS ENTIRETY AND SUBMITTED TO HUMAN RESOURCES
IMMEDIATELY UPON NOTIFICATION OF RESIGNATION OR TERMINATION*
**Supervisor**
*IN THIS SECTION, CHOOSE THE COMPANY FOR WHICH DUTIES WERE PERFORMED.*

| ◉ 001 - U.S. Xpress, Inc. | ◉ 021 – Xpress Global Systems |
|---|---|
| ◉ 051 – U.S. Xpress Enterprises, Inc. | ◉ 063 – Xpress Consolidated |
| ◉ Other | |

### PERSONAL Information
*PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED*

| CONTRACTOR/Log ID #: | | | CONTRACTOR SSN: | | |
|---|---|---|---|---|---|
| CONTRACTOR Name: | JOHN WOLF | | | | |
| Job Title: | TECHNICIAN II, TRAILER | | Service Center: | ATL | |
| Date of Separation: | 10/21/2010 | First Day Worked: | 8/23/2010 | Last Day on A Truck / Last Day Worked: | 9/24/2010 |

### Separation Reason/Remarks
*EXPLAIN IN DETAIL THE REASON FOR THE SEPARATION FROM THE COMPANY.*

| ◉ Left Voluntarily      ◉ Discharge *(must be approved by Human Resources)*<br>Unsatisfactory job performance |
|---|
| Would you Rehire this CONTRACTOR?  ◉ Yes   ◉ No |
| Reason: |

| Supervisor FAIN,DAVID A | Date: 10/21/2010 |
|---|---|

Form completed by: KELLY BLACK

US XPRESS/THOMPKINS000253

## NOTICE OF SEPARATION



*THIS FORM MUST BE COMPLETED IN ITS ENTIRETY AND SUBMITTED TO HUMAN RESOURCES IMMEDIATELY UPON NOTIFICATION OF RESIGNATION OR TERMINATION*

**Supervisor**
*IN THIS SECTION, CHOOSE THE COMPANY FOR WHICH DUTIES WERE PERFORMED.*

| ⊛ 001 - U.S. Xpress, Inc. | ⊛ 021 – Xpress Global Systems |
|---|---|
| ⊛ 051 – U.S. Xpress Enterprises, Inc. | ⊛ 063 – Xpress Consolidated |
| ⊛ Other | |

## PERSONAL Information
*PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED*

| CONTRACTOR/Log ID #: | | | CONTRACTOR SSN: | | |
|---|---|---|---|---|---|
| CONTRACTOR Name: | STEPHEN FRAZIER | | | | |
| Job Title: | TECHNICIAN II, TRAILER | | Service Center: | ATL | |
| Date of Separation: | 9/2/2011 | First Day Worked: | 2/28/2011 | Last Day on A Truck / Last Day Worked: | 9/2/2011 |

## Separation Reason/Remarks
*EXPLAIN IN DETAIL THE REASON FOR THE SEPARATION FROM THE COMPANY.*

| ⊛ Left Voluntarily    ⊛ Discharge *(must be approved by Human Resources)* |
|---|
| Overall poor job performance |
| Would you Rehire this CONTRACTOR?  ⊛ Yes   ⊛ No |
| Reason: |

| Supervisor DUNCAN,JIMMY M | Date: 9/2/2011 |
|---|---|

Form completed by: KELLY BLACK



US XPRESS/THOMPKINS000254

Date 8/2/2012 Time 10 40 AM To Mr White @ 14046562304
mas & Thorngren    Page 001

# THOMAS & THORNGREN

client-centered  detailed-driven

## Fax Transmittal

**To:**    Mr White

**Fax #:**  14046562304

**From:**  Jordan Baker

**Date:**  Thursday, August 02, 2012

### MESSAGE

Attention: Mr. White

Claimant: Donald Thompkins
SSN:         ▓▓▓▓▓-7898

We responded to a claim for Mr. Thompkins
with a claim with the SSN # 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.
Please see the attached. Thank you.

**Pages (including cover page):**    33

If there is any difficulty in receiving this transmission, please call 615-242-8246

One Vantage Way, Suite A 105 P O Box 280100 Nashville, Tennessee 37228 office 615 242 8246 fax 615 242 5826 www.thomasandthorngren.com

US XPRESS/THOMPKINS 000136

Donald Thompkins
████7898
Hire Date  09/27/2010
Termination  06/29/2012
Poor Performance

Mr  Thompkins was put on written warning on April 13, 2011 for failure to follow
directions and overall work quality (see attached document A-1 and 2)

The final incident occurred when Mr  Thompkins was supposed to do a DOT
inspection on trailer 53629   Mr  Thompkins closed work order #2094043 (see
attached documents B-1 through B-8) and issues that should have been
addressed under Mr  Thompkins inspection had to be fixed days later by another
shop under work order #2101686 (see attached documents C-1 through C-3)  An
e-mail was sent by Mike Myers, Safety Supervisor, setting forth several of the
issues found with trailer 53629 that should have been addressed by Mr
Thompkins (see attached document D-1)  An e-mail was sent by Leonard Straw,
Atlanta Shop Manager (see attached document E-1), indicating that he looked
into the situation and spoke with the safety supervisor confirming what he saw in
the pictures (see attached documents F1 through F-12)   Mr  Thompkins was
discharged for poor performance

Ex
B-2

From  "Mike Myers"
To  "Mike Morgan" <
Cc  "Michael Poole - Shop Manager"                    , "Arkie Hodges"

Subject  FW  Emailing SAM_1284 jpg, SAM_1272 jpg, SAM_1273 jpg, SAM_1274 jpg,
SAM_1275 jpg, SAM_1276.jpg, SAM_1278 jpg, SAM_1279 jpg, SAM_1280 jpg,
SAM_1281 jpg, SAM_1282 jpg, SAM_1283 jpg

Hey Mike,

Trailer 53629 come into the yard over the weekend with numerous problems caught on
inspection  The shop has informed me that this trailer jus had a PM done 8 days prior  Looking at
the work order on the PM it had numerous things fixed  As you know we are constantly getting
gigged on ABS light malfunctions  Attached pictures will show you several things that were not
fixed and are definitely DOT violations and fall within the OOS criteria  This trailer was 'et out
after the PM with the ABS light unplugged''

I know that little things are missed on some PM's occasionally but not this many  Whoever done
this PM blatantly let this trailer out in this condition  This is what causes a lot of problems with
DOT violations and many are blamed on the drivers for not catching them when they get DOT
inspected  Please look this over and let me know what you think of this situation and trailer tech
that performed this PM  It could be very time consuming but it may be worth checking his PM's
for the past 6 months and compare them to DOT Inspection violations that we have received,
could prove to be interesting

Look at the London trailer tech's comments on work order 210686 for this trailer  – Documents
                                                                              c-1 to c-4
                                                                              Bottom of Page

Thanks

Michael Myers | Total Transportation of MS
Safety Supervisor
7000 Corporate Park Blvd | Loudon, TN 37774

Ex
B-3

D-1

US XPRESS/THOMPKINS 000157

Tho

Date  8/2/2012  Time  10 40 AM  To  Mr  White @ 14048582304
mas & Thorngren    Page  021

Leonard Straw | U S Xpress, Inc.

Atlanta Shop Supervisor

2664 Campbell Blvd | Ellenwood, GA 30294

## SERVICE THAT MATTERS – DRIVEN BY INNOVATION

---

**From** Leonard Straw
**Sent** Monday, June 18, 2012 2 38 PM
**To** Mike Morgan
**Subject** RE Emailing  SAM_1284 jpg, SAM_1272 jpg, SAM_1273 jpg, SAM_1274 jpg, SAM 1275 jpg, SAM_1276 jpg,
SAM_1278 jpg, SAM_1279 jpg, SAM_1280 jpg, SAM_1281 jpg, SAM_1282 jpg, SAM_1283 jpg

Mike,

I have looked into this and this is what I have found  Donald Thompkins inspected the trailer 6/10/12  A couple of the
lines have excessive times which shows me there was no rush  I have spoke to the tech and asked if he recalled anything
unusual about this trailer, he stated no  I spoke to Mike Myers to review the pictures since most were rather blurry I
wanted to confirm what I was seeing  The list he gave me included

      Shock collapsed
      Wires exposed
-    Brake pad separated
      Wires wrapped around the brake chamber
-    ABS plug corroded and unplugged
-    Multiple cross members bent
They are still working on this trailer

Ex
B4

E- 1

GEORGIA DEPARTMENT OF LABOR
APPEALS TRIBUNAL

**SUBPOENA**                    **DOCKET** 40301A 2012 -
                                                    S

State of Georgia

TO:  **LEONARD STRAW**                    CLAIMANT:
                                          DONALD THOMPKINS

REQUESTED BY: CLAIMANT                    EMPLOYER:
                                          US XPRESS ENTERPRISES INC

By virtue of this writ of SUBPOENA issued by the Commissioner of
Labor, **Mark Butler**, under the Authority of O.C.G.A. Section
**34-8-88 on conducting an administrative hearing as required for
the administration of the Employment Security Law of Georgia.**

### PROMPTNESS IS REQUIRED

YOU ARE HEREBY REQUIRED AND DIRECTED, laying all other business
aside, to appear at 11:15 AM on 09/10/2012 and from day to day
before Administrative Hearing Officer:    ANGELA R. ALLEN until
the administrative hearing is completed.

The following records and documents are to be used as evidence in
the hearing.  You must bring with you, and produce, at the
administrative hearing:

AUTHENTIC, COMPLETE, UNREDACTED COPIES OF: 1) **EMPLOYER EXHI-
BITS D1-E1/CHAIN OF EMAILS SHOWING SENT/RECEIVED DATES AND
ALL CC'S; 2) ANNUAL D.O.T. INSPECTION FORM FOR TRAILER #
53629/WORK ORDER #2094043 SHOWING CLAIMANT'S ORIGINAL SIGNA-
TURE. YOU ARE ALSO REQUESTED TO SEND OR PROVIDE CLAIMANT
COPIES OF THE ABOVE-SUBPOENAED DOCUMENTS PRIOR TO HEARING.**

(see next page)

Ex
c-1

DONALD THOMPKINS

DOCKET: 40301A 2012
Page 2

In testimony whereof, the Seal of the State of Georgia is affixed hereto, and the undersigned acting for the Commissioner of Labor, Mark Butler, has thereunto set her hand and authorized the issuance hereof.

Done and performed        **AUG 31 2012**



Mark Butler, Commissioner of Labor

*Alice S. Mitchell* [s]

By        Alice S. Mitchell, Chief
          Administrative Hearing Officer

SH
GEORGIA DEPARTMENT OF LABOR
CLAYTON COUNTY CAREER CENTER
2450 MT. ZION PARKWAY
BUILDING 100 SUITE 100
SOUTHWOOD 75 OFFICE PARK
JONESBORO, GEORGIA  30236

**Misty Hawkins**

| | |
|---|---|
| **From:** | Leonard Straw |
| **Sent:** | Friday, June 29, 2012 10:12 AM |
| **To:** | Misty Hawkins |
| **Subject:** | RE: Donald Thompkins |

I have no idea. I know he is a vegetarian because he requests vegetarian burgers at our cookouts. As far as religion... not a subject that has ever come up with me.

**Leonard Straw | U.S. Xpress, Inc.**

Atlanta Shop Supervisor

2664 Campbell Blvd | Ellenwood, GA 30294

*Phone:* 404-608-1113 | *Fax:* 404-608-1119

lstraw@usxpress.com | WWW.USXPRESS.COM

**SERVICE THAT MATTERS -- DRIVEN BY INNOVATION**

**From:** Misty Hawkins
**Sent:** Friday, June 29, 2012 9:57 AM
**To:** Leonard Straw
**Subject:** Donald Thompkins

Good morning Leonard.

Do you by any chance know what religion Donald Thompkins is?

Thanks.

**Misty Hawkins | U.S. Xpress, Inc.**
Regional HR Generalist
1535 New Hope Church Road | Tunnel Hill, GA  30755
Office: 706.673.1204
Fax: 423.485.6950
mhawkins@usxpress.com | www.usxpress.com

**Inbound Logistics G75**
**Green Supply Chain Partner**

1

US XPRESS/THOMPKINS 000182

*Team convo took place 6-27-12*

## Misty Hawkins

| | |
|---|---|
| **From:** | Leonard Straw |
| **Sent:** | Thursday, June 21, 2012 9:10 AM |
| **To:** | Misty Hawkins |
| **Subject:** | RE: Emailing: SAM_1284.jpg, SAM_1272.jpg, SAM_1273.jpg, SAM_1274.jpg, SAM_1275.jpg, SAM_1276.jpg, SAM_1278.jpg, SAM_1279.jpg, SAM_1280.jpg, SAM_1281.jpg, SAM_1282.jpg, SAM_1283.jpg |
| **Attachments:** | WO#2094043 TRLR 53629.pdf; Donald Thompkins written warning.pdf; WO#2101686 TRLR 53629.pdf |

WO#2094043 is where Donald worked on it here and missed the items.
WO#2101686 is where Loudon is still working on the repairs. They have not added all the lines yet but you can see in the WO notes at the bottom all the other things they found.


**Leonard Straw | U.S. Xpress, Inc.**

Atlanta Shop Supervisor

2664 Campbell Blvd | Ellenwood, GA 30294

*Phone:* 404-608-1113 | *Fax:* 404-608-1119

lstraw@usxpress.com | www.usxpress.com

**SERVICE THAT MATTERS – DRIVEN BY INNOVATION**

---

**From:** Misty Hawkins
**Sent:** Thursday, June 21, 2012 8:52 AM
**To:** Leonard Straw
**Subject:** FW: Emailing: SAM_1284.jpg, SAM_1272.jpg, SAM_1273.jpg, SAM_1274.jpg, SAM_1275.jpg, SAM_1276.jpg, SAM_1278.jpg, SAM_1279.jpg, SAM_1280.jpg, SAM_1281.jpg, SAM_1282.jpg, SAM_1283.jpg

Hey Leonard. Can you forward me a copy of the written warning that he received last year as well? Thanks.

Do you have a copy of work order from where the issues were found to go along with the pictures?

---

**From:** Leonard Straw
**Sent:** Thursday, June 21, 2012 8:14 AM
**To:** Misty Hawkins
**Subject:** FW: Emailing: SAM_1284.jpg, SAM_1272.jpg, SAM_1273.jpg, SAM_1274.jpg, SAM_1275.jpg, SAM_1276.jpg, SAM_1278.jpg, SAM_1279.jpg, SAM_1280.jpg, SAM_1281.jpg, SAM_1282.jpg, SAM_1283.jpg


Leonard Straw | **U.S. Xpress, Inc.**

Atlanta Shop Supervisor

1

2664 Campbell Blvd | Ellenwood, GA 30294

*Phone:* 404-608-1113 | *Fax:* 404-608-1119

istraw@usxpress.com | www.usxpress.com

**SERVICE THAT MATTERS – DRIVEN BY INNOVATION**

**From:** Leonard Straw
**Sent:** Monday, June 18, 2012 2:38 PM
**To:** Mike Morgan
**Subject:** RE: Emailing: SAM_1284.jpg, SAM_1272.jpg, SAM_1273.jpg, SAM_1274.jpg, SAM_1275.jpg, SAM_1276.jpg, SAM_1278.jpg, SAM_1279.jpg, SAM_1280.jpg, SAM_1281.jpg, SAM_1282.jpg, SAM_1283.jpg

Mike,

I have looked into this and this is what I have found. Donald Thompkins inspected the trailer 6/10/12. A couple of the lines have excessive times which shows me there was no rush. I have spoke to the tech and asked if he recalled anything unusual about this trailer, he stated no. I spoke to Mike Myers to review the pictures since most were rather blurry I wanted to confirm what I was seeing. The list he gave me included:

- Shock collapsed
- Wires exposed
- Brake pad separated
- Wires wrapped around the brake chamber
- ABS plug corroded and unplugged
- Multiple cross members bent

They are still working on this trailer.

I would like to proceed with disciplinary action. I know Jimmy has released techs in the past for missing safety issues but I do not know how you feel on this particular case. Whichever direction we proceed I will be utilizing HR due to the past of this employee. He used to work for one of our venders who warned me when they released him this person made all types of race and religion claims. Several times when management here has had to address minor issues he immediately gets defensive and starts with his religion. Please advise on how you would like me to proceed.

Leonard Straw | **U.S. Xpress, Inc.**

Atlanta Shop Supervisor

2664 Campbell Blvd | Ellenwood, GA 30294

*Phone:* 404-608-1113 | *Fax:* 404-608-1119

istraw@usxpress.com | www.usxpress.com

**SERVICE THAT MATTERS – DRIVEN BY INNOVATION**

**From:** Mike Morgan
**Sent:** Sunday, June 17, 2012 11:29 AM
**To:** Leonard Straw

2

**Cc:** Mike Myers
**Subject:** FW: Emailing: SAM_1284.jpg, SAM_1272.jpg, SAM_1273.jpg, SAM_1274.jpg, SAM_1275.jpg, SAM_1276.jpg, SAM_1278.jpg, SAM_1279.jpg, SAM_1280.jpg, SAM_1281.jpg, SAM_1282.jpg, SAM_1283.jpg

Leonard,

I will forward in the next e mail pictures from Loudon on a unit that just had the DOT completed days before in Ellenwood. As you will see, it was very poorly done if done at all. I would like a complete investigation and I would like to know the findings.

Mike

**Mike Morgan | U.S. Xpress Inc.**
Vice President Maintenance
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 3995
Cell: 423 463 1125

mjmorgan@usxpress.com | www.usxpress.com

**Transportation Xcellence: Click To View Our Latest Services**

---

**From:** Gordon Green
**Sent:** Friday, June 15, 2012 2:33 PM
**To:** Mike Morgan
**Subject:** RE: Emailing: SAM_1284.jpg, SAM_1272.jpg, SAM_1273.jpg, SAM_1274.jpg, SAM_1275.jpg, SAM_1276.jpg, SAM_1278.jpg, SAM_1279.jpg, SAM_1280.jpg, SAM_1281.jpg, SAM_1282.jpg, SAM_1283.jpg

Linda, the service writer for Loudon sent these pictures to Mike Myers on this trailer 53629. The last DOT inspection was done in Atlanta shop (work order 2094043 done 6/10) the techs name was THOMPKINS, DONALD



3

US XPRESS/THOMPKINS 000185

From: "Mike Myers" <mmyers@totalms.com>
To: "Mike Morgan" <mimorgan@usxpress.com>
Cc: "Michael Poole - Shop Manager" <mpoole@usxpress.com>, "Arkie Hodges"
<arkieh@totalms.com>, "Rocky Hamilton" <rhamilton@usxpress.com>
Subject: FW: Emailing: SAM_1284.jpg, SAM_1272.jpg, SAM_1273.jpg, SAM_1274.jpg,
SAM_1275.jpg, SAM_1276.jpg, SAM_1278.jpg, SAM_1279.jpg, SAM_1280.jpg,
SAM_1281.jpg, SAM_1282.jpg, SAM_1283.jpg

Hey Mike,

Trailer 53629 come into the yard over the weekend with numerous problems caught on
inspection. The shop has informed me that this trailer jus had a PM done 8 days prior. Looking at
the work order on the PM it had numerous things fixed. As you know we are constantly getting
gigged on ABS light malfunctions. Attached pictures will show you several things that were not
fixed and are definitely DOT violations and fall within the OOS criteria. This trailer was let out
after the PM with the ABS light unplugged!!

I know that little things are missed on some PM's occasionally but not this many. Whoever done
this PM blatantly let this trailer out in this condition. This is what causes a lot of problems with
DOT violations and many are blamed on the drivers for not catching them when they get DOT
inspected. Please look this over and let me know what you think of this situation and trailer tech
that performed this PM. It could be very time consuming but it may be worth checking his PM's
for the past 6 months and compare them to DOT Inspection violations that we have received,
could prove to be interesting.

Look at the Loudon trailer tech's comments on work order 210686 for this trailer.

Thanks


Michael Myers | Total Transportation of MS
Safety Supervisor
7000 Corporate Park Blvd | Loudon, TN 37774
865.408.0104 Ext 2244
Fax: 865.458.5515
Cell phone 865-684-3662
mmyers@totalms.com | www.totalms.com


-----Original Message-----
From: Linda Brewer
Sent: Friday, June 15, 2012 12:48 PM
To: Mike Myers; Loudon Shop
Cc: Linda Brewer
Subject: Emailing: SAM_1284.jpg, SAM_1272.jpg, SAM_1273.jpg, SAM_1274.jpg,
SAM_1275.jpg, SAM_1276.jpg, SAM_1278.jpg, SAM_1279.jpg, SAM_1280.jpg,
SAM_1281.jpg, SAM_1282.jpg, SAM_1283.jpg



      HERE YA GO..
Your message is ready to be sent with the following file or link attachments:

US XPRESS/THOMPKINS 000186

SAM_1284.jpg
SAM_1272.jpg
SAM_1273.jpg
SAM_1274.jpg
SAM_1275.jpg
SAM_1276.jpg
SAM_1278.jpg
SAM_1279.jpg
SAM_1280.jpg
SAM_1281.jpg
SAM_1282.jpg
SAM_1283.jpg

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.



6

AS REQUIRED BY THE D.O.T. FEDERAL MOTOR CARRIER SAFETY REGULATIONS                                    PLY 1 ORIGINAL  PLY 2 COPY

# **Driver's Vehicle Inspection Report**



**TTMSDVIR**

DRIVER I.D. **479635**

DATE OF
POST-TRIP **06/11/2012**

TRUCK/TRACTOR Nº **L0007**                               TRAILER(S) Nº(S) **53629**

## Put a check mark by any defective item and give details under "REMARKS"

### TRUCK—TRACTOR:

| | | | | |
|---|---|---|---|---|
| ☐ Air Compressor | ☐ Defroster/Heater | ☐ Horn | ☐ Reflectors | ☐ Tire Chains |
| ☐ Air Lines | ☐ Drive Line | ☐ Lights: | ☐ Safety Equipment: | ☐ Tires |
| ☐ Battery | ☐ Engine |   Head—Stop |   Fire Extinguisher | ☐ Transmission |
| ☐ Belts and Hoses | ☐ Exhaust |   Tail—Dash |   Flags—Flares—Fusees | ☐ Trip Recorder |
| ☐ Body | ☐ Fifth Wheel |   Turn Indicators |   Reflective Triangles | ☐ Wheels and Rims |
| ☐ Brake Accessories | ☐ Fluid Levels | ☐ Mirrors |   Spare Bulbs and Fuses | ☐ Windows |
| ☐ Brakes, Parking | ☐ Frame and Assembly | ☐ Muffler |   Spare Sealed Beam | ☐ Windshield Wipers |
| ☐ Brakes, Service | ☐ Front Axle | ☐ Oil Level | ☐ Starter | ☐ Other: |
| ☐ Clutch | ☐ Fuel Tanks | ☐ Radiator Level | ☐ Steering | |
| ☐ Coupling Devices | ☐ Generator | ☐ Rear End | ☐ Suspension System | |

LEFT        FRONT        RIGHT        BACK

### TRAILER:

| | | | | |
|---|---|---|---|---|
| ☐ Brake Connections | ☐ Doors | ☐ Reflectors— | ☐ Suspension System | ☐ Other: |
| ☐ Brakes | ☐ Hitch |   Reflective Tape | ☐ Tarpaulin | |
| ☐ Coupling Devices | ☐ Landing Gear | ☐ Roof | ☐ Tires | |
| ☐ Coupling (King) Pin | ☐ Lights—All | ☐ Straps | ☐ Wheels and Rims | |

FRONT        LEFT        FRONT        BACK

BACK        RIGHT        INTERIOR

LEFT        RIGHT        TOP        FRONT        BOTTOM

*E-1*

REMARKS _____

☒ **THE CONDITION OF THE ABOVE VEHICLE
IS SATISFACTORY.**

☐ ABOVE DEFECTS CORRECTED
☐ ABOVE DEFECTS NEED NOT BE CORRECTED FOR SAFE OPERATION OF VEHICLE

MECHANIC'S SIGNATURE AND DATE

**BRENT  ROBERT**
DRIVER'S SIGNATURE UPON COMPLETION OF POST-TRIP INSPECTION

DRIVER'S SIGNATURE AND DATE

US XPRESS/THOMPKINS 000206

AS REQUIRED BY THE D.O.T. FEDERAL MOTOR CARRIER SAFETY REGULATIONS

PLY 1- ORIGINAL  PLY 2  COPY

# **Driver's Vehicle Inspection Report**



**TTMSDVIR**

DRIVER I.D. **479330**

DATE OF
POST-TRIP **05/30/2012**

TRUCK/TRACTOR Nº **11252**                    TRAILER(S) Nº(S) **53629**

## Put a check mark by any defective item and give details under "REMARKS"

### TRUCK—TRACTOR:

| | | | | |
|---|---|---|---|---|
| Air Compressor | Defroster/Heater | Horn | Reflectors | Tire Chains |
| Air Lines | Drive Line | Lights: | Safety Equipment: | Tires |
| Battery | Engine | Head—Stop | Fire Extinguisher | Transmission |
| Belts and Hoses | Exhaust | Tail—Dash | Flags—Flares—Fusees | Trip Recorder |
| Body | Fifth Wheel | Turn Indicators | Reflective Triangles | Wheels and Rims |
| Brake Accessories | Fluid Levels | Mirrors | Spare Bulbs and Fuses | Windows |
| Brakes, Parking | Frame and Assembly | Muffler | Spare Sealed Beam | Windshield Wipers |
| Brakes, Service | Front Axle | Oil Level | Starter | Other: |
| Clutch | Fuel Tanks | Radiator Level | Steering | |
| Coupling Devices | Generator | Rear End | Suspension System | |

LEFT          FRONT          RIGHT          BACK

### TRAILER:

| | | | | |
|---|---|---|---|---|
| Brake Connections | Doors | Reflectors— | Suspension System | Other: |
| Brakes | Hitch | Reflective Tape | Tarpaulin | |
| Coupling Devices | Landing Gear | Roof | Tires | |
| Coupling (King) Pin | Lights—All | Straps | Wheels and Rims | |

FRONT          LEFT          FRONT          BACK

BACK          RIGHT          INTERIOR

LEFT          RIGHT

TOP

BOTTOM

REMARKS _____

☒ **THE CONDITION OF THE ABOVE VEHICLE
IS SATISFACTORY.**

**LARRY  MAJOR**
DRIVER'S SIGNATURE UPON COMPLETION OF POST-TRIP INSPECTION

☐ ABOVE DEFECTS CORRECTED
☐ ABOVE DEFECTS NEED NOT BE CORRECTED FOR SAFE OPERATION OF VEHICLE

MECHANIC'S SIGNATURE AND DATE

DRIVER'S SIGNATURE AND DATE

US XPRESS/THOMPKINS 000205

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Donald Thompkins                          )
                                          )
                                          )
              Plaintiff,                   )      CASE NO. 1:13-CV-02674-AT-
       vs.                                 )      RGV
                                          )
U.S. Xpress, Inc.                          )
              Defendant.                   )
                                          )
                                          )
                                          )

## CERTIFICATE OF SERVICE

I hereby certify that defendant U.S. Xpress will be provided notice of **PRO**

**SE PLAINTIFF MOTION FOR SUMMARY JUDGMENT TO**

**GRANT PLEA FOR A SPEEDY JURY TRIAL.** , and notices sent by

e-mail notification to all e-mail addresses of attorneys of record.

Respectfully submitted this Wednesday, June 11, 2014

Donald Thompkins – Pro Se Plaintiff